891 A.2d 1203

IN RE ADOPTION OF N.J.A.C. 7:26E–1.13.

Argued January 31, 2006—Decided February 28, 2006.

*Dennis J. Krumholz,* argued the cause for appellant Federal Pacific Electric Company (*Riker, Danzig, Scherer, Hyland & Perretti,* attorneys; *Mr. Krumholz* and *Marilynn R. Greenberg,* of counsel; *Steven T. Senior,* on the briefs).

*Edward F. McTiernan,* argued the cause for appellant New Jersey State Chamber of Commerce (*Gibbons, Del Deo, Dolan, Griffinger & Vecchione,* attorneys; *Mr. McTiernan* and *Paul M. Hauge,* on the briefs).

*Jane F. Engel,* Deputy Attorney General, argued the cause for respondent New Jersey Department of Environmental Protection (*Zulima V. Farber,* Attorney General of New Jersey, attorney; *Michael J. Haas,* Assistant Attorney General, of counsel).

*Thomas J. Burns III,* submitted a letter in lieu of brief on behalf of *amici curiae* American Petroleum Institute and Chemistry Council of New Jersey (*Reed Smith,* attorneys).

*Susan J. Kraham,* Staff Attorney, Rutgers Environmental Law Clinic, submitted a letter in lieu of brief on behalf of *amici curiae* Edison Wetlands Association, New York/New Jersey Baykeeper, New Jersey Environmental Federation, New Jersey Work Environment Council, New Jersey Environmental Justice Alliance and Ironbound Community Corporation.

*Stephen W. Smithson,* submitted a brief on behalf of *amicus curiae* Technical Regulations Advisory Coalition (*Lowenstein Sandler,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Coburn's opinion for the Appellate Division, reported at 377 *N.J.Super.* 78, 871 *A.2d* 711 (2005).

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ALBIN, WALLACE and RIVERA–SOTO—6.

*Opposed*—None.